1   Benjamin C. Lee (SBN 282177)
    blee@jonesday.com
2   JONES DAY
    555 California Street, 26th Floor
3   San Francisco, CA 94104
    Telephone:    (415) 626-3939
4   Facsimile:    (415) 875-5700

5

6   Attorneys for Defendant
    EXPERIAN INFORMATION SOLUTIONS, INC.

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  DAVID STRONG,                          Case No. 3:17-cv-00503-RS

13              Plaintiff,                  Assigned to:  Judge Richard Seeborg

14      v.                                 **JOINT STIPULATION AND
                                           [PROPOSED] ORDER FOR
15  EXPERIAN INFORMATION SOLUTIONS,        EXTENSION OF TIME TO RESPOND
    INC.; ET AL.,                          TO COMPLAINT**
16
              Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

1    On January 31, 2017, Plaintiff David Strong ("Plaintiff") filed a Complaint in this action.

2  Given the large volume of Complaints requiring a response from Defendant Experian Information

3  Solutions, Inc. ("Experian") at the same time, and in accordance with Local Rule 6-1(a), Plaintiff

4  and Experian agree to an extension for Experian to answer or otherwise respond to the Complaint.

5  Experian's response to the Complaint is due April 3, 2017.  To the extent that Experian files a

6  motion to dismiss in this case, Experian agrees that Plaintiff shall have 30 days to respond.

7  Experian will thereupon have 21 days for any reply.

8    Accordingly, IT IS HEREBY STIPULATED by and between Plaintiff and Experian, that

9  the deadline for Experian to answer or otherwise respond to the Complaint is extended until April

10  3, 2017.  Plaintiff's deadline to respond to any motion to dismiss is extended to 30 days from

11  filing, and Experian's deadline to reply in support of a motion to dismiss is extended to 21 days

12  from filing the opposition.

13

14  Dated:  March 2, 2017          */s/ Elliot W. Gale*
                                   Elliot W. Gale (SBN 263326)
15                                 SAGARIA LAW, P.C.
                                   2033 Gateway Place, 5th Floor
16                                 San Jose, CA 95110
                                   Tele.:   (408) 279-2288
17                                 Fax:     (408) 279-2299
                                   Email:  egale@sagarialaw.com
18
                                   Attorneys for Plaintiff
19                                 David Strong

20  Dated:  March 2, 2017          */s/ Benjamin C. Lee*
                                   Benjamin C. Lee (SBN 282177)
21                                 JONES DAY
                                   555 California Street, 26th Floor
22                                 San Francisco, CA 94104
                                   Telephone:    (415) 626-3939
23                                 Facsimile:    (415) 875-5700
                                   Email:  blee@jonesday.com
24
                                   Attorneys for Defendant
25                                 Experian Information Solutions, Inc.

26

27

28

1

## **ECF CERTIFICATION**

I, Benjamin C. Lee, hereby attest pursuant to Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed on March 2, 2017, at San Francisco, California.

*/s/ Benjamin C. Lee*
Benjamin C. Lee (SBN 282177)
JONES DAY

Attorneys for Defendant
Experian Information Solutions, Inc.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

The Court, having considered the parties' Joint Stipulation for Extension of Time to Respond to the Complaint, hereby extends Experian Information Solutions, Inc.'s ("Experian") deadline to answer or otherwise respond to the Complaint to April 3, 2017.  Plaintiff's deadline to respond to any motion to dismiss is extended to 30 days from filing, and Experian's deadline to reply in support of a motion to dismiss is extended to 21 days from filing the opposition.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: _3/3/17_____        _____

The Honorable Judge Richard Seeborg