MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID STRONG,<br><br>           Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; WELLS FARGO BANK, NATIONAL ASSOCIATION; TD BANK USA, NATIONAL ASSOCIATION AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>           Defendants. | Case No. 3:17-CV-00503-RS<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO INITIAL COMPLAINT AND [PROPOSED] ORDER** |

Plaintiff DAVID STRONG ("Plaintiff") and defendant WELLS FARGO BANK, N.A., ("Defendant"), hereby stipulate as follows:

**RECITALS**

1. Plaintiff filed this action against Defendant on January 31, 2017 and served Defendant on February 2, 2017.

2. Defendant's initial deadline to respond to the Complaint was February 23, 2017

3. Plaintiff and Defendant agreed to extend the time for Defendant to respond to the Complaint up to and including March 27, 2017, so that Defendant could have additional time to

1  investigate this matter and the parties may explore the possibility of settlement.

2  4. On or about March 15, 2017, Plaintiff informed Defendant that he intended to file a First Amended Complaint in the Action no later than April 7, 2017. Accordingly, Plaintiff and Defendant agreed that Defendant's deadline to respond to the complaint should be further extended to, April 28, 2017, which is 21 days from the anticipated date of Plaintiff filing an amended complaint.

This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

THEREFORE, the parties stipulate as follows:

**STIPULATION**

1. The deadline for Defendant to respond to the Complaint or any amended complaint filed by April 7, 2017, shall be continued to April 28, 2017.

2. This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

DATED: March 17, 2017         SAGARIA LAW, P.C.

                              By: _/s/ Elliot W. Gale_
                                   Elliot W. Gale

                              Attorneys for Plaintiff DAVID STRONG

DATED: March 17, 2017         SEVERSON & WERSON
                              A Professional Corporation

                              By: _/s/ Alisa A. Givental_
                                   Alisa A. Givental

                              Attorneys for Defendants WELLS FARGO BANK, N.A.

Pursuant to Local Rule 5-1(i)(3), I -- Alisa A. Givental – attest that concurrence in the filing of this document has been obtained from Elliot W. Gale. _/s/ Alisa A. Givental_

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause appearing, Wells Fargo Bank, N.A.'s deadline to respond to plaintiff David Strong's Complaint or any amended complaint filed by April 7, 2017, is hereby continued to April 28, 2017. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

DATED: 3/17/17

_____
HONORABLE RICHARD SEEBORG
UNITED STATES JUDGE