Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
David Strong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID STRONG,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>Defendants. | Federal Case No.: 3:17-cv-00503-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between plaintiff David Strong and defendant Experian Information Solutions, Inc. ("Experian"), through their designated counsel, that Experian be dismissed with prejudice from the above-captioned action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

1

STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER

DATED: February 6, 2018     **Sagaria Law, P.C.**

By: _/s/ Elliot W. Gale_
      Elliot W. Gale
Attorneys for Plaintiff
David Strong

DATED: February 6, 2018     **Jones Day**

By: _/s/Ben Lee_
      Ben Lee
Attorneys for Defendant
Experian Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Ben Lee has concurred in this filing.
_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian is dismissed with prejudice from the above-captioned action and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 3/23/18

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE